UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT T. CORE,**   )<br>**13052 Rose Petal Circle**   )<br>**Oak Hill, Virginia 20171**   )<br>                                               )<br>            **Plaintiff,**   )<br>                                               )<br>      v.                                    )<br>                                               )<br>                                               )<br>**ROBERT S. MUELLER, III, in his official**   )<br>**capacity as Director of the United States Federal** )<br>**Bureau of Investigation**   )<br>       **Federal Bureau of Investigation**   )<br>       **J. Edgar Hoover Building**   )<br>       **935 Pennsylvania Avenue, NW**   )<br>       **Washington, D.C. 20535-0001**   )<br>                                               )<br>       **SERVE:**   )<br>       **Civil Process Clerk**   )<br>       **Office of the U.S. Attorney**   )<br>          **for the District of Columbia**   )<br>       **555 4th Street, N.W.**   )<br>       **Washington, D.C., 20530**   )<br>                                               )<br>            **Defendant.**   )<br>                                               ) | Civil Action No. 05-1407 (CKK)<br>(ECF) |

## **PRAECIPE**

THE CLERK of the Court will please enter the appearance of Mercedeh Momeni, Assistant United States Attorney, as counsel of record for defendant, in the above-captioned case.

          Respectfully submitted,

          /s/
_____
MERCEDEH MOMENI
Assistant United States Attorney
Civil Division
555 4th Street, NW
Washington, DC 20530
(202) 305-4851
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

      I hereby certify that on this 12th day of August, 2005, I caused the foregoing Praecipe to be served on plaintiff, postage prepaid, addressed as follows:

Thomas O. Mason, Esq.
Francis E. Purcell, Jr. Esq.
Williams Mullen, P.C.
8270 Greensboro Drive, Suite 700
McLean, VA 22102

      /s/

MERCEDEH MOMENI
Assistant United States Attorney
Civil Division
555 4th Street, NW
Washington, DC 20530
(202) 305-4851
(202) 514-8780 (facsimile)