UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT T. CORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 05-CV-1407(CKK) |
| ) | |
| ROBERT S. MUELLER, III, ) | |
| ) | |
| Defendant. ) | |

## PRAECIPE

The Clerk of Court will please enter the appearance of Assistant United States Attorney John C. Truong as counsel of record for Defendant.

Dated: September 22, 2005.　　　Respectfully submitted,


　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　John C. Truong, D.C. Bar # 465901
　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　Judiciary Center Building
　　　　　　　　　　　　　　　555 Fourth Street, N.W.
　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　(202) 307-0406
　　　　　　　　　　　　　　　(202) 514-8780 (fax)
　　　　　　　　　　　　　　　John.Truong@usdoj.gov