**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
ROBERT T. CORE                    )
                                  )
        Plaintiff,                )
                                  )
    v.                            )   Case No: 04-CV-271(CKK)
                                  )
ROBERT S. MUELLER, III,           )       ECF
                                  )
        Defendant.                )
_____)

**JOINT DISCOVERY PLAN**

Pursuant to the Court's order at the Status Hearing held on September 16, 2005, and the Court's Minute Order, counsel for Plaintiff Robert T. Core and Defendant Robert S. Mueller, III conferred on September 22, 2005, and hereby jointly submit the following Discovery Plan for Case No. 05-cv-1407 (CKK), which is now consolidated with Case No. 04-cv-271 (CKK). See Minute Order date September 23, 2005. Case No. 04-cv-271(CKK) is the lead case. Id.

1. Initial Disclosures: The parties are dispensing with Initial Disclosures.

2. Written Discovery Requests: Defendant will serve his interrogatories and request for production of documents on September 30, 2005. Plaintiff will serve his interrogatories and request for production of documents on October 18, 2005, seven days after Defendant answers the Complaint on October 11, 2005. Each party is limited to 25 interrogatories, including subparts. Responses are due thirty days after service of written discovery requests. Additionally, Plaintiff will propound any additional discovery in Case No. 04-CV-271 (CKK), by September 30, 2005, pursuant to the agreement of counsel.

3. Depositions: Defendant has asked that Plaintiff be available during week of November 21, 2005, for deposition. Plaintiff reserves the right to depose additional witnesses, and will do so during the same period.

4. Discovery closes on November 30, 2005. See Sept. 16, 2005 Minute Order.

5. The next Status Hearing is scheduled for December 16, 2005, at 9:15am. Id.

Dated: September 23, 2005.                                  Respectfully Submitted,


____/s/_____                _____/s/_____
Thomas Owen Mason, D.C. #460408            KENNETH L. WAINSTEIN, D.C. Bar #451058
Francis E. Purcell, Jr., D.C # 451770              United States Attorney
Williams Mullen, P.C.
8270 Greensboro Drive, Ste. 700                  _____/s/_____
McLean, VA 22120                                          R. CRAIG LAWRENCE, D.C. Bar #171538
(703) 760-5200                                                 Assistant United States Attorney

                                                                      _____/s/_____
                                                                      JOHN C. TRUONG, D.C. Bar #465901
                                                                      Assistant United States Attorney
                                                                      555 4th Street, N.W.
                                                                      Washington, D.C. 20530
                                                                      (202) 307-0406
                                                                      (202) 514-8780 (fax)

                                                                      Attorneys for Defendant