UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ROBERT T. CORE,** | ) | |
| | ) | |
| Plaintiff, | ) | LEAD CASE NO.: 04-271(CKK) |
| | ) | |
| v. | ) | (Consolidated Action No. 05-1407 (CKK)) |
| | ) | |
| **ROBERT S. MUELLER, III,** | ) | |
| Defendant | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME**
(This Document Pertains to Civil Case No. 05-1407(CKK) (D.D.C.))

Defendant Robert S. Mueller, III, Director, Federal Bureau of Investigation, in his official capacity, respectfully moves the Court for an extension of time from November 30, 2005, to December 30, 3005, for Defendant to complete discovery. The Court has not set a briefing schedule in this case. Pursuant to Local Rule 7(m), the parties conferred and Plaintiff's counsel does not oppose this motion.

On September 16, 2005, the Court ordered that the parties to complete all discovery in Civil Case No. 05-1407 (CKK) by November 30, 2005. *See* Sept. 16, 2005 Minute Order. The Court also ordered the parties to submit a joint discovery plan, with proposed dates keying off the November 30, 2005 discovery deadline. The parties submitted a joint discovery plan on September 22, 2005, which the Court adopted on September 27, 2005.

Under the discovery plan, Defendant propounded written discovery on September 30, 2005; and Plaintiff propounded his written discovery on October 18, 2005. Due to Defendant's mail screening process, however, Defendant did not receive Plaintiff's written discovery requests until October 25, 2005. After alerting Plaintiff's counsel to this issue, Plaintiff's counsel

graciously agreed to give Defendant additional time until November 29, 2005, to respond these discovery requests.

Defendant has been devoting a substantial amount of time in responding to Plaintiff's written discovery, which include twenty-five interrogatories and thirty-seven separate document requests. Because defendant's counsel has been heavily engaged in that task and because of the intervening Thanksgiving holiday, the parties have not been able to mutually set a convenient time and date for Defendant to depose Plaintiff prior to the close of the discovery deadline. Moreover, Defendant also needs this additional time to process documents that are responsive to Plaintiff's discovery requests.

At present, there is a status conference in this case scheduled for December 16, 2005. However, in light of this motion for an extension of time, that status conference may no longer be necessary. Accordingly, Defendant proposes, subject to the Court's approval, that the status conference be re-scheduled for January 17, 2006.

For these reasons, the Court should extend the discovery deadline by thirty days to December 30, 2005, for Defendant to complete discovery in this case and reschedule the status conference for January 17, 2006.

Dated: November 29, 2005.           Respectfully Submitted,

/s/
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney

/s/
R. CRAIG LAWRENCE, D.C. BAR #171538
Assistant United States Attorney

/s/
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0406

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ROBERT T. CORE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **LEAD CASE NO.: 04-271(CKK)** |
| | ) | |
| v. | ) | (Consolidated Action No. 05-1407 (CKK)) |
| | ) | |
| **ROBERT S. MUELLER, III,** | ) | |
| **Defendant** | ) | |
| _____ | ) | |

**[PROPOSED] ORDER DEFENDANT'S
UNOPPOSED MOTION FOR AN EXTENSION OF TIME**
(This Document Pertains to Civil Case No. 05-1407(CKK) (D.D.C.))

Upon consideration of Defendant's Unopposed Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 2005,

ORDERED that Defendant's Unopposed Motion for an Extension of Time be and is hereby GRANTED; it is

ORDERED that Defendant shall have up to and including December 30, 2005, to complete discovery in Civil Act No. 05-1407 CKK; it is

FURTHER ORDERED that the Status Conference set for December 16, 2005, is RESCHEDULED for January 17, 2006, at _____ am/pm.

SO ORDERED.

_____
District Court Judge