UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT T. CORE,        ) | |
| )  | |
| Plaintiff,        ) | LEAD CASE NO.: 04-271(CKK) |
| ) | |
| ) | |
| v.        ) | (Consolidated Action No. 05-1407 (CKK)) |
| ) | |
| ROBERT S. MUELLER, III,        ) | |
| Defendant        ) | |
| _____) | |

**JOINT MOTION FOR AN EXTENSION OF TIME**

Plaintiff Robert T. Core and Defendant Robert S. Mueller, III, Director, Federal Bureau of Investigation, in his official capacity, jointly move the Court for a 60-day extension of time from December 30, 3005, to March 1, 2006, for the parties to complete discovery. The Court has not set a briefing schedule in these consolidated cases. Pursuant to Local Rule 7(m), the parties conferred and are jointly making this Motion.

There is good cause to grant this Motion. The parties intended to complete discovery in these consolidated cases by December 30, 2005, however, there are several factors that prevented the parties from completing discovery. First, due to the intervening holidays and the holiday travel schedules, the parties have not been successful in securing dates to complete deposition discovery. Second, the parties are still in discussions to further narrow the scope of written discovery and hope to resolve these discovery issues through informal discussions. Third, a 60-day extension is needed to accommodate the undersigned counsel's (John C. Truong, Assistant U.S. Attorney) training and work schedules. Specifically, the undersigned is scheduled to travel to the National Advocacy Center, in South Carolina, for Appellate Advocacy training

from January 9, 2006, to January 13, 2006. Upon return to the office for the week of January 16th, the undersigned is scheduled to take a deposition early in the week and also will have to file a summary judgment motion later that week. Finally, Plaintiff's counsel has invited Defendant's counsel to meet and discuss settlement possibilities for these consolidated cases. Specifically, after the holidays, the parties' counsel will confer to find a mutually convenient date to meet to attempt to settle these cases informally.

At present, there is a status conference scheduled for January 17, 2006. However, in light of this Motion for an extension of time, that status conference may no longer be necessary. Accordingly, the parties propose, subject to the Court's approval, that the status conference be re-scheduled for a date after March 1, 2006.

For these reasons, the Court should extend the discovery deadline by 60 days from December 30, 2005, to March 1, 2006, for the parties to complete discovery and reschedule the status conference in these consolidated cases for a date after March 1, 2006.

Dated: December 28, 2005.                    Respectfully Submitted,


___/s/_____                _____/s/_____
Thomas Owen Mason, D.C. #460408              KENNETH L. WAINSTEIN, D.C. Bar #451058
Francis E. Purcell, Jr., D.C # 451770            United States Attorney
Williams Mullen, P.C.
8270 Greensboro Drive, Ste. 700              _____/s/_____
McLean, VA 22120                             R. CRAIG LAWRENCE, D.C. Bar #171538
(703) 760-5200                               Assistant United States Attorney



                                             _____/s/_____

2

JOHN C. TRUONG, D.C. Bar #465901
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C.  20530
(202) 307-0406
(202) 514-8780 (fax)

Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ROBERT T. CORE,** | ) | |
| | ) | |
| Plaintiff, | ) | LEAD CASE NO.: 04-271(CKK) |
| | ) | |
| v. | ) | (Consolidated Action No. 05-1407 (CKK)) |
| | ) | |
| **ROBERT S. MUELLER, III,** | ) | |
| **Defendant** | ) | |
| _____ | ) | |

**[PROPOSED] ORDER GRANTING THE JOINT
MOTION FOR AN EXTENSION OF TIME**

Upon consideration of Defendant's Unopposed Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 200_,

ORDERED that the parties' Joint Motion for an Extension of Time be and is hereby GRANTED; it is

ORDERED that the parties shall have up to and including March 1, 2006, to complete discovery; it is

FURTHER ORDERED that the Status Conference set for January 17, 2006, is RESCHEDULED for _____, 2006, at _____ am/pm.

SO ORDERED.

_____
District Court Judge