# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT T. CORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 05-1407 (CKK) |
| | ) |
| ROBERT S. MUELLER, III, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## THE PARTIES' JOINT PROPOSED BRIEFING SCHEDULE

Pursuant to the Court's October 20, 2006 Minute Order, the parties[1] hereby submit the following proposed dates governing the filing of dispositive motions:

1. Motions for Summary Judgment        December 15, 2006

2. Oppositions                                    January 31, 2007

3. Replies                                           February 15, 2007.


Dated: October 31, 2006.                    Respectfully Submitted,


                                                            /s/  Jeffrey A. Taylor
                                                         JEFFREY A. TAYLOR, D.C. BAR # 498610
                                                         United States Attorney


                                                            /s/   Rudolph Contreras
                                                         RUDOLPH CONTRERAS, D.C. BAR #434122
                                                         Assistant United States Attorney

---

[1]        Plaintiff's counsel granted the undersigned authority to submit this proposed schedule on behalf of both parties.

                    /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant