UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT T. CORE** : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | Civil Action No. **05cv1407** |
| : | Judge Colleen Kollar-Kotelly |
| **ROBERT S. MUELLER, III** : | |
| Director, FBI : | |
| Defendant : | |

**ORDER**

On December 4, 2006, the Court received notice from counsel for the parties, that the parties have reached a settlement in principle.

Accordingly, it is this   4th   day of December 2006,

**ORDERED** that this case is **DISMISSED**.  The dismissal shall be without prejudice for a period of 60 days [until February 2, 2007] from the date of this Order.  Should counsel fail to move to extend or to reopen the case within the prescribed period, the matter shall, without further order, stand dismissed **with** prejudice.

/s/
JUDGE COLLEEN KOLLAR-KOTELLY
United States District Judge